AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ Northern _____    District of    _____ California _____

MITSUI O.S.K. LINES, LTD.

Plaintiff (s),

V.

CB FREIGHT INT'L, INC., et al.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:   4:15-CV-05289- KAW

Notice is hereby given that, subject to approval by the court,   Sky-World Int'l Express Inc.   substitutes
                                                                                (Party (s) Name)

Paul B. Arenas                                   , State Bar No.   167863          as counsel of record in
            (Name of New Attorney)

place of   Marilyn Raia
                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:      Marron Lawyers

Address:        320 Golden Shore, Suite 410, Long Beach, CA 90802

Telephone:      (562) 432-7422                    Facsimile   (562) 432-8622

E-Mail (Optional):   parenas@marronlaw.com

I consent to the above substitution.

Date:   FEB 26, 2016

_____
(Signature of Party (s))

I consent to being substituted.

Date:   2/25/16

_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:   2/25/16

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:   2/26/16

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]