| | |
|---|---|
| Conte C. Cicala, State Bar No. 173554<br>CLYDE & CO US LLP<br>101 Second Street, 24th Floor<br>San Francisco, California 94105<br>Telephone: (415) 365-9800<br>Facsimile:  (415) 365-9801<br><br>Attorneys for Plaintiff<br>MITSUI O.S.K. LINES, LTD. | Paul Arenas, State Bar No. 167863<br>MARRON LAWYERS<br>3711 Long Beach, CA 90807<br>Telephone: (562) 432-7422<br>Facsimile: (562) 432-8682<br>Email: parenas@marronlaw.com<br><br>Attorneys for Defendant<br>SKY-WORLD INT'L EXPRESS, INC. |

Brendan Collins
GKG Law, P.C.
1055 Thomas Jefferson Street, NW
Washington DC 20007-4492
Email: bcollins@gkglaw.com

Attorneys *pro hac vice* for Defendant
SKY-WORLD INT'L EXPRESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD.,<br><br>           Plaintiff,<br><br>    v.<br><br>CB FREIGHT INT'L, INC., et al.,<br><br>           Defendants. | Case No. 4:15-cv-05289-KAW<br><br>**STIPULATION TO SEVER DEFENDANT CB FREIGHT INT'L, INC. FROM THE ACTION AND [PROPOSED] ORDER**<br> AS MODIFIED |

WHEREAS, this action was filed on November 18, 2015 and assigned to Magistrate Judge Kandis A. Westmore;

WHEREAS, both Plaintiff Mitsui O.S.K. Lines, Ltd. ("MOL"), and Defendant Sky-World Int'l Express, Inc. ("Sky-World") filed their consent to proceed before Magistrate Judge Westmore on December 9, 2015 and March 15, 2016 respectively;

WHEREAS, Defendant CB Freight Int'l, Inc. ("CB Freight") has not appeared and, therefore, has not consented to Magistrate Judge Westmore's jurisdiction;

WHEREAS, default was entered against CB Freight on March 2, 2016;

1  WHEREAS, on August 9, 2016, Plaintiff MOL and Defendant Sky-World filed a case
2 management conference statement stating that they have reached a settlement and expect to file a
3 dismissal within 90 days;

4  WHEREAS, it is necessary to sever this case as to Defendant CB Freight because it has not
5 consented to proceed before Magistrate Judge Westmore;

6  NOW THEREFORE, Plaintiff MOL and Defendant Sky-World by and through their
7 attorneys hereby stipulate and agree that Plaintiff's action against Defendant CB Freight be
8 severed.

10 Dated: August 17, 2016                    CLYDE & CO US LLP

12                                           By:     */s/ Conte C. Cicala*
13                                                   Conte C. Cicala
                                                     Attorneys for Plaintiff
14                                                   MITSUI O.S.K. LINES, LTD.

16 Dated: August 17, 2016                    MARRON LAWYERS

19                                           By:     */s/ Paul Arenas*
                                                     Paul Arenas
20                                                   Attorneys for Defendant
                                                     SKY-WORLD INT'L EXPRESS, INC.

23 Dated: August 17, 2016                    GKG LAW, P.C.

26                                           By:     */s/ Brendan Collins*
                                                     Brendan Collins (*pro hac vice*)
27                                                   Attorneys Defendant
                                                     SKY-WORLD INT'L EXPRESS, INC.

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

**L.R. 5-1 (i) ATTESTATION**

In compliance with Local Rule 5-1, I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: August 17, 2016                  /s/ *Conte C. Cicala*
                                              Conte C. Cicala

IT IS SO ORDERED, that Defendant CB Freight International, Inc., be severed from this case and that a new case be opened and directly assigned to Magistrate Judge Westmore.

DATED:   8/25/16

_____
KANDIS A. WESTMORE
United State Magistrate Judge

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

2236492                             3                    Case No. 3:15-cv-05289-KAW
STIPULATION TO SEVER DEFENDANT CB FREIGHT INT'L, INC.
FROM THE ACTION AND [PROPOSED] ORDER