| | |
|---|---|
| Conte C. Cicala, State Bar No. 173554<br>CLYDE & CO US LLP<br>101 Second Street, 24th Floor<br>San Francisco, California 94105<br>Telephone: (415) 365-9800<br>Facsimile:  (415) 365-9801<br><br>Attorneys for Plaintiff<br>MITSUI O.S.K. LINES, LTD.<br><br>Brendan Collins<br>GKG Law, P.C.<br>1055 Thomas Jefferson Street, NW<br>Washington DC 20007-4492<br>Email: bcollins@gkglaw.com<br><br>Attorneys *pro hac vice* for Defendant<br>SKY-WORLD INT'L EXPRESS, INC. | Paul Arenas, State Bar No. 167863<br>MARRON LAWYERS<br>3711 Long Beach, CA 90807<br>Telephone: (562) 432-7422<br>Facsimile: (562) 432-8682<br>Email: parenas@marronlaw.com<br><br>Attorneys for Defendant<br>SKY-WORLD INT'L EXPRESS, INC. |

*IT IS SO ORDERED*
*Kandis Westmore*
*Judge Kandis Westmore*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUI O.S.K. LINES, LTD.,<br><br>             Plaintiff,<br><br>     v.<br><br>CB FREIGHT INT'L, INC., et al.,<br><br>             Defendants. | Case No. 15-cv-05289-KAW<br>(and Related Case: 16-cv-05002-KAW)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO SKY-WORLD INT'L EXPRESS, INC. ONLY PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MITSUI O.S.K. LINES ("MOL"), and Defendant SKY-WORLD INT'L EXPRESS, INC. ("SKY-WORLD"), that the above-captioned action, as set forth in Plaintiff's complaint (Docket No. 1) is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as against SKY-WORLD only, each party to bear its own fees and costs.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: October 7, 2016 | CLYDE & CO US LLP |
| 2 | | |
| 3 | | By:   */s/ Conte C. Cicala* |
| 4 | | Conte C. Cicala |
| 5 | | Attorneys for Plaintiff<br>MITSUI O.S.K. LINES, LTD. |
| 7 | Dated: October 7, 2016 | MARRON LAWYERS |
| 9 | | By:   */s/ Paul Arenas* |
| 10 | | Paul Arenas |
| 11 | | Attorneys for Defendant<br>SKY-WORLD INT'L EXPRESS, INC. |
| 14 | Dated: October 7, 2016 | GKG LAW, P.C. |
| 16 | | By:   */s/ Brendan Collins* |
| 17 | | Brendan Collins (*pro hac vice*)<br>Attorneys Defendant<br>SKY-WORLD INT'L EXPRESS, INC. |

## **L.R. 5-1 (i) ATTESTATION**

In compliance with Local Rule 5-1, I hereby attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: October 7, 2016        /s/ *Conte C. Cicala*
                              Conte C. Cicala

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

2285181                                    2                    Case No. 3:15-cv-05289-KAW
STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P.
41(a)(1)(A)(ii)